UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| INDIANA MILLS & MANUFACTURING, INC., <br>     Plaintiff, <br><br> vs. <br><br> DOREL INDUSTRIES INC. and <br> DOREL JUVENILE GROUP, INC., <br>     Defendants. | 1:04-cv-1102-LJM-WTL |

## ORDER

Through recent briefing of defendants', Dorel Industries, Inc. and Dorel Juvenile Group, Inc. (collectively, "Dorel"), Motion for *In Camera* Review of Schiff Hardin Work Product, the Court became aware that it has been under a misapprehension of the facts of this case with respect to the advice sought by Dorel regarding infringement. This Court had been under the impression that Dorel had never sought additional opinions of counsel post-filing. Clearly this is not the case. As a result, the Court must **WITHDRAW** its Order on Plaintiff's Emergency Motion for Reconsideration, dated May 26, 2006, as it is apparent that the Court's misapprehension of fact may have caused it to err in its application of the Federal Circuit Court of Appeals recent decision in *In re EchoStar Communications Corp.*, 448 F.3d 1294 (Fed. Cir. 2006), in this case.

Further briefing on Dorel's Motion for *In Camera* review is hereby **SUSPENDED** until further order of the Court.

The Clerk of the Court is hereby **ORDERED to WITHDRAW** the Court's Order on Plaintiff's Emergency Motion for Reconsideration, dated May 26, 2006, Docket #227. Plaintiff's,

Indiana Mills & Manufacturing, Inc., Emergency Motion for Reconsideration shall remain pending until further order of the Court.

IT IS SO ORDERED this 14th day of July, 2006.

_____
LARRY J. McKINNEY, CHIEF JUDGE
United States District Court
Southern District of Indiana

Electronically distributed to:

Timothy Quinn Delaney
BRINKS HOFER GILSON & LIONE
tdelaney@usebrinks.com

Gregory Andrew Duff
ICE MILLER LLP
gregory.duff@icemiller.com

Sanders N. Hillis
BRINKS HOFER GILSON & LIONE
shillis@usebrinks.com

John F. Prescott Jr
ICE MILLER LLP
john.prescott@icemiller.com

A. James Richardson
BRINKS HOFER GILSON & LIONE
jrichardson@usebrinks.com

Daymon L. Ruttenberg
BRINKS HOFER GILSON & LIONE
druttenberg@usebrinks.com

Samuel Ellet Shehadeh
BRINKS HOFER GILSON & LIONE
ses@brinkshofer.com

Lawrence A. Steward
BRINKS HOFER GILSON & LIONE
lsteward@usebrinks.com

Michael A. Swift
ICE MILLER LLP
michael.swift@icemiller.com

Jay G. Taylor
ICE MILLER LLP
jay.taylor@icemiller.com